UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00338-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1. THOMAS BADER,**
2. KEVIN HENRY,
3. BRADLEY BLUM,
4. COLLEGE PHARMACY, INC.,

       Defendants.

---

## ORDER SETTING DATE FOR RESPONSE TO MOTION

---

THIS MATTER comes before the Court on the Motion for Order of Judicial Notice (Motion) filed October 10, 2008, **(#251)** by Defendant Thomas Bader. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **October 20, 2008.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. In the absence of a timely objection, the Court may grant the above-described Motion.

DATED this 14th day of October, 2008.

                          **BY THE COURT:**

                          Marcia S. Krieger
                          United States District Judge