**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                        Date: November 19, 2009
Court Reporter:       Paul Zuckerman
Probation Officer:    Robert Ford

Criminal Action No. 07-cr-00338-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | Jaime Pena |
| Plaintiff, | |
| v. | |
| THOMAS BADER, | Charles Torres |
| Defendant. | |

---

**COURTROOM MINUTES**

---

HEARING:   Motions and trial setting

**1:32 p.m.       Court in session.**

The Court addresses setting this matter for trial and defendant's Motion for Order Granting Request to Reschedule the Trial Date (**Doc. #514**)

Statements from both counsel.

**ORDER:**       Defendant's Motion for Order Granting Request to Reschedule the Trial Date
             **(Doc. #514) is GRANTED in part and DENIED in part**.  Jury trial is set to
             commence on **January 4, 2010, at 1:30 p.m.** (Counsel to appear at 1:00 p.m.)
             and will continue for the remainder of the week. **No trial will be held the week
             of January 11, 2010.**  Trial will resume on Tuesday, January 19, 2010 at 8:30
             a.m., continue for the remainder of the week and through the week of January 25,
             2010.  All days of trial, except the first day (January 4, 2010) will be begin at 8:30

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

a.m., unless counsel are notified otherwise.  The week of February 1, 2010 will be held in reserve should the trial not be completed in January.

The Court addresses defendant's Motion to Travel (**Doc. #510**).

Defense counsel advises that the Motion (**Doc. #510**) is withdrawn.

**ORDER:**      Motion at **Doc. #510 is WITHDRAWN.**

The Court addresses defendant's Motion for Leave to Appeal (**Doc. #516**).  Argument by both counsel.

**ORDER:**      Defendant's Motion for Leave to Appeal **(Doc. #516**) is **DENIED.**  The parties may file trial briefs that address these issues as a matter of law.

**ORDER:**      Trial briefs, supplemental witness and exhibit lists and jury instructions will be filed no later than **December 29, 2009.**

**2:05 p.m.**      **Court in recess.**

**Total Time:   33  minutes.**
**Hearing concluded.**