IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: June 10, 2010 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Doug Randolph | |
| | Kurt Thoene | |

Criminal Action No. 07-cr-00338-MSK

*Parties*:  *Counsel*:

UNITED STATES OF AMERICA,    Jaime Pena
                             Tonya Andrews

              Plaintiff,

v.

THOMAS BADER,                Charles Torres
                             Deborah Pearce
                             Joseph MacHatton

              Defendant.

_____

### SENTENCING MINUTES
_____

**8:52 a.m.**     **Court in session**.

This hearing is continued from April 29, 2010.

Defendant present in custody.

The Court addresses defendant's Motion for Clarification (**Doc. #661**) and defendant's Motion to Supplement Motion for Clarification (**#669**)

No further argument.

**ORDER:**     Defendant's Motion for Clarification (**Doc. #661**) and Motion to Supplement Motion for Clarification (**#669**) are **DENIED.**

The Court addresses Defendant's Motion for Reconsideration of Motion for Judgment of Acquittal (**Doc. #663**).

No further argument.

**ORDER:** Defendant's Motion for Reconsideration of Motion for Judgment of Acquittal (**Doc. #663**) is **DENIED.**

The Court addresses Defendant's Motion for Leave to Reconsider Defendant's Rule 29 Motion for Count 19. (**Doc. #664**).

No further argument.

**ORDER:** Defendant's Motion for Leave to Reconsider Defendant's Rule 29 Motion for Count 19 (**Doc. #664**) is **DENIED.**

**Defendant found guilty of Counts 1, 12, 13, 14, 15, 16, 17, 19, 20; 21-43 by jury on February 1, 2010. By Court Order (Doc. #650) Defendant's Motion for Judgment of Acquittal on Counts 21-43 was GRANTED, but denied in all other respects.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

Argument by counsel Torres and Pena.

**Witness sworn for the Government : Kellie Plush :**
**9:41 a.m.**     Direct Examination by Mr. Pena.

No cross examination of witness.

**Witness sworn for the Government : Patrick Burke :**
**9:53 a.m.**     Direct Examination by Mr. Pena.

Cross examination of witness by Mr. Torres.

Further argument by Mr. Torres.

The defendant **does** request departure. Argument by Mr. Torres.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument by counsel Pena and Torres.

**10:52 a.m.**     **Court in recess**
**11:22 a.m.**     **Court in session**

Allocution. - Statements made by: The Government, the defendant, defense counsel.

**11:58 a.m.    Court in recess**
**1:19 p.m.     Court in session**

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. Oral motion for reconsideration and argument made by Mr. Torres.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

The Court addresses forfeiture.

Statements from counsel.

The Court will issue a written ruling.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:31 p.m.    Court in recess.**

Total Time:    3 hours 48 minutes.
Hearing concluded.