IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Honorable Marcia S. Krieger

Criminal Action No. 07-CR-00338-MSK

UNITED STATES OF AMERICA,

    Plaintiff,
v.

**THOMAS BADER,**

    Defendant.

---

### AMENDED NOTICE OF APPEAL OF DEFENDANT THOMAS BADER

---

Defendant, THOMAS BADER, hereby files this amended notice of appeal to the United States Court of Appeals for the Tenth Circuit from the Final Judgment entered by the district court on June 28, 2010, including the court's final judgment on the jury verdict and sentencing entered on that date, as well as all underlying pre-judgment interlocutory orders and rulings of the district court in this case.

Defendant, THOMAS BADER, also hereby filed this amended notice of appeal to the United States Court of Appeals for the Tenth Circuit from the Preliminary Forfeiture Order subsequently entered by the district court on July 2, 2010.

**WHEREFORE,** this Amended Notice of Appeal is timely filed and hereby notices the court of Thomas Bader's desire to appeal said judgments to the Tenth Circuit Court of Appeals. Respectfully submitted this 7th day of July, 2010.

                                                            <u>CHARLES H. TORRES, P.C</u>

                                                            *s/ <u>Charles H. Torres</u>*

By:   Charles H. Torres, #7986
303 E. 17th Ave, Suite 920
Denver, CO 80203
Telephone: (303) 830-8885
Facsimile: (303) 830-8890
Email: Chas303@aol.com
Counsel for Thomas Bader

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2010, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel via their record e-mail addresses:

Jaime A. Peña, Assistant United States Attorney
email: jaime.pena2@usdoj.gov

Gregory H. Rhodes, Assistant United States Attorney
email: greg.rhodes@usdoj.gov

James S. Russell, Assistant United States Attorney
email: james.russell2@usdoj.gov

Andrew S. Ittleman, Counsel to Bradley Blum
email: alttleman@fuerstlaw.com

Thomas J. Hammond, Counsel to Kevin Henry
email: hammondlaw@solucian.com
Patrick J. Burke, Counsel to College Pharmacy
email: patrick-j-burke@msn.com

    CHARLES H. TORRES, P.C.

    s/ Charles H. Torres
By:   Charles H. Torres
303 E. 17th Ave, Suite 920
Denver, CO 80203
Telephone: (303) 830-8885
Facsimile: (303) 830-8890
Email: Chas303@aol.com