**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date:  March 4, 2013
Court Reporter:    Terri Lindblom
Probation Officer: Veronica Ramirez

Criminal Action No. 07-cr-00338-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Jaime Pena
                                            Tonya Andrews

      Plaintiff,

v.

THOMAS BADER,                               Charles Torres

      Defendant.

───────────────────────────────────────────────────────────────

**SENTENCING MINUTES**
───────────────────────────────────────────────────────────────

**10:08 a.m.    Court in session**.

Defendant is present.

Parties received and reviewed the presentence report and all addenda.

The Court addresses the Government's Motion for Dismissal of Counts 1 and 17 (**Doc. 765**)

**ORDER:**   Government's Motion for Dismissal of Counts 1 and 17 (**Doc. 765**) is **GRANTED.**

The Court addresses the Government's Motion for Forfeiture (**Doc. 766**)

ORDER:   Government's Motion for Forfeiture (**Doc. 766**) is **GRANTED.**

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

Allocution. - Statements made by: The Government, the defendant, defense counsel

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:     THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD. The sentence is for time served**.

The defendant is advised of his right to appeal.

**10:30 a.m.     Court in recess.**

Total Time:    22 minutes.
Hearing concluded.